FILED

07/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0230

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## NO. DA-21-0230

_____

**DEPOSITORS INSURANCE COMPANY and SARA THARP,**

      **Plaintiff/Respondent,**

  vs.

**PATRICK SANDIDGE,**

      **Defendant/Appellant.**

**GRANT OF EXTENSION**

UPON Appellants' Unopposed Motion for Extension of Time made pursuant to M.R.App.P., Rule 26, and for good cause appearing:

IT IS HEREBY ORDERED that Appellants shall be granted a 30-day extension from the current deadline of July 10, 2021, within which to file his opening brief. Appellants' brief is now due on or before August 11, 2021.

DATED this ___ day of July 2021

_____
Clerk of the Montana Supreme Court

cc:
Geoffrey C. Angel, Esq.
Scott Gratton, Esq.
Adam Shaw, Esq.
Paul Haffeman, Esq.
Stephanie Hollar, Esq.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 6 2021